Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25801
Chapter: 7
Judge: Janet S. Baer

In Re:
   Kathyann Woolfolk
   PO Box 1531
   Elgin, IL 60121

Social Security No.:
   xxx−xx−2528

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

   100 S 3rd Street, Courtroom 240, Geneva, IL 60134

   on November 9, 2018 at 11:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 1, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Kathyann Woolfolk
PO Box 1531
Elgin, IL 60121
SSN: xxx−xx−2528 EIN: N.A.

Case No. :    18−25801
Chapter :    7
Judge :    Janet S. Baer

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Statement of Financial Affairs (Form 107/207).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule E/F (Form 106E/F).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 1, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 18-25801-JSB
Kathyann Woolfolk                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: dsirmons       Page 1 of 1        Date Rcvd: Oct 01, 2018
                          Form ID: ntchrgRq    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
db             +Kathyann Woolfolk,    PO Box 1531,    Elgin, IL 60121-1531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27075836       +E-mail/Text: g17768@att.com Oct 02 2018 03:14:01      AT&T,    Bankruptcy Department,
                 PO Box 769,    Arlington TX 76004-0769
27075855       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 02 2018 03:16:49
                 Commonwealth Edison Co,    3 Lincoln Center,    Attn: Bankruptcy  Section,
                 Oak Brook Terrace IL 60181-4204
27075856       +E-mail/Text: bankrup@aglresources.com Oct 02 2018 03:13:45      NICOR Northern Illinois Gas,
                 Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27075852         ATG Credit LLC
27075839         Advocate Sherman Hospital
27075854         Associate Bank NA
27075837         Chrystler capital
27075842         Drive Time
27075840         Dupage Medical Group NWHCA
27075838         Geico Casualty Company
27075843         IICNS-Integrated Imaging Consultants PLLC
27075841         MCSH of Prairie Stone LLC
27075850         Natural Way
27075851         Northwest Health Care Association
27075848         Promonent Ear, Nose and Throat
27075846         Suburban Lung Association
27075845         Suburban Surgical Care Specialist
27075847         Surgery Group
27075849         U Verse
27075844         US Department of Education
27075853         West Dundee Police Department
                                                                                         TOTALS: 18, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@iq7technology.com,jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2